UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRACIE DICKEY | No. 16 CR 475<br><br>Judge Sara L. Ellis |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), makes application to this Court for an order authorizing the government to disclose tax return information of:

Defendant Tracie Dickey,

which tax return information are described as: Form 3050 pertaining to 1040s for tax years 2004-2012, and income information for tax years 2004, 2007-2012.

In support of this application, applicant avers the following:

The defendant in this case has been charged with alleged violations of wire fraud, in violation of Title 18, United States Code, Section 1343, and forced labor, in violation of Title 18, United States Code, Section 1589.

The above-described returns may be statements of witnesses within the meaning of 18 U.S.C. § 3500 and may otherwise be discoverable under Fed. R. Crim. P. 16.

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   *s/Maureen E. Merin*
    Maureen Merin
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-1457

Date: September 14, 2018